UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN ECONOMY INSURANCE CO., <br><br> Plaintiff, <br><br> v. <br><br> NICEFORO HERRERA, et al., <br><br> Defendants. | Civil No.   06cv2395 WQH (CAB) <br><br> **ORDER REGARDING PLAINTIFF'S MOTION TO COMPEL FURTHER RESPONSES TO DISCOVERY** |

On September 20, 2007, this Court held a telephonic discovery conference on Plaintiff's motion to compel further responses to discovery by Defendant Nicholas Fintzelberg. Scott Murch, Esq., appeared for Plaintiff. Seth Friedman, Esq., appeared for Defendant Fintzelberg. Having considered the submissions of the parties and the arguments of counsel, Plaintiff's motion is **DENIED**.

Plaintiff moved to compel further responses to its Request for Admission Nos. 11-13, propounded on Defendant Fintzelberg. Defendant Fintzelberg provided a qualified admission and otherwise denied these requests. The Court finds no further response is necessary. The motion is **DENIED**.

Plaintiff moved to compel further responses to Interrogatories, Set One, Nos. 1-9. These interrogatories were propounded in the form of contention interrogatories. Defendant Fintzelberg objected on a number of grounds, including that the requests were premature. Those objections notwithstanding, Defendant referred Plaintiff to his initial disclosures for the identity of persons, facts and/or documents that may be responsive. No further response is necessary at this time. The motion is

**DENIED**. However, Defendant is cautioned that should additional responsive information come to his attention, he should promptly supplement his disclosures.

Finally, Plaintiff moved to compel production of documents, specifically any liability insurance policies of Defendant Fintzelberg in effect on March 11, 2006. Defendant objected in part because the request was not relevant to the claims and defenses in this case. The objection is sustained. Defendant has not made any claim against Plaintiff for defense costs or indemnity, so the existence of additional policies for contribution is not relevant to this lawsuit. The motion is **DENIED**.

**IT IS SO ORDERED.**

DATED: September 20, 2007

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge