1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

11
12
13
14
15
16

| AMERICAN ECONOMY INSURANCE COMPANY, | Civil No.   06cv2395 WQH (CAB) |
|---|---|
| Plaintiff, | |
| v. | **ORDER FOLLOWING DISCOVERY CONFERENCE REGARDING PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS BY DEFENDANT HERRERA** |
| NICEFORO HERRERA, et al., | |
| Defendants. | |

17   On October 3, 2007, this Court held a telephonic discovery conference on Plaintiff's motion to
18 compel production of documents by Defendant Niceforo Herrera.  Scott Murch, Esq., appeared for
19 Plaintiff.  William Baker, Esq., appeared for Defendant Herrera.  Having considered the submissions of
20 the parties and the arguments of counsel, Plaintiff's motion is **GRANTED**.

21   Plaintiff sought responsive documents, as identified in Defendant's Federal Rule of Civil
22 Procedure 26 disclosures, that were originally produced in Defendant's criminal case.  Defendant refused
23 to produce the documents on the basis that they may contain personal information concerning witnesses
24 in the criminal case.  Plaintiff has agreed to accept redacted versions of the documents.  Accordingly,

25 ///
26 ///
27 ///
28 ///

1

Defendant is **ORDERED** to produce redacted documents responsive to Plaintiff's request, along with a privilege log, **no later than <u>October 12, 2007</u>**.

      **IT IS SO ORDERED**.

DATED:  October 3, 2007

_____

**CATHY ANN BENCIVENGO**
United States Magistrate Judge