1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN ECONOMY INSURANCE COMPANY, an Indiana corporation,<br><br>                                    Plaintiff,<br><br>v.<br><br>NICEFORO HERRERA, individually and doing business as ACAPULCO'S PRODUCE MARKET; NICHOLAS M. FINTZELBERG doing business as MILNIK TRUST PROPERTIES; LUIS BENITEZ; and JOHANNA BENITEZ, by and through her guardian at litem, Luis Benitez,<br><br>                                    Defendants. | Civil No.   06cv2395 WQH (CAB)<br><br>**ORDER FOLLOWING MANDATORY SETTLEMENT CONFERENCE** |

On January 16, 2008, the Court held a Mandatory Settlement Conference. Greg Thorton appeared on behalf of Plaintiff American Economy Insurance Company ("American Economy") with counsel Scott Murch, Esq. Defendant Nicholas Fintzelberg appeared with his counsel Seth Friedman, Esq., and Robert Steiner, Esq. Defendant Luis Herrera appeared with his counsel, William Baker, Esq. Defendant Luis Benitez, *pro se,* failed to appear on his own behalf and as guardian ad litem for Defendant Johanna Benitez.

The parties who were present resolved the matter on the following terms. Plaintiff American Economy will dismiss its claim with prejudice against Defendant Fintzelberg, doing business as Milnik Trust Properties, in exchange for a waiver of costs and fees. Defendant

1  Fintzelberg further agreed not to pursue any claims against American Economy for bad faith,
2  malicious prosecution, abuse of process, or similar such claim, arising from the filing of this
3  action.
4        Plaintiff American Economy and Defendant Hererra will submit a joint motion for a
5  consent judgment of recision.
6        Accordingly, the Court finds good cause to VACATE the Scheduling Order.
7        The Court shall hold a telephonic status conference with Plaintiff and Defendant Benitez on
8  **March 14, 2008**, at **9:30 a.m.**, to address disposition of the remainder of this matter.  Counsel for
9  Plaintiff shall coordinate and initiate the call.
10       As to Plaintiff American Economy and Defendant Fintzelberg, IT IS HEREBY
11 ORDERED:
12    1.   A Joint Motion for Dismissal shall be electronically filed on or before **February 28,**
13         **2008**.[1]  On the same day the Joint Motion for Dismissal is filed, the proposed order
14         for dismissal, for the signature of the Honorable William Q. Hayes, shall be emailed
15         to the chambers of the Honorable Cathy Ann Bencivengo.[2]
16    2.   If a Joint Motion for Dismissal and proposed order for dismissal are not submitted
17         on or before February 28, 2008, then a Settlement Disposition Conference shall be
18         held on **February 29, 2008**, at **9:30 a.m.** before Judge Bencivengo.  The conference
19         shall be <u>telephonic</u>, with <u>attorneys only</u>.  Counsel for Plaintiff shall initiate and
20         coordinate the conference call.
21 ///
22 ///
23 ///
24 ///
25 ///

---

[1]  *See* General Order 556, Electronic Case Filing Administrative Policies and Procedures Manual, United States District Court for the Southern District of California.

[2]  *See id.* at 13-14, for the chambers' official email address and procedures on emailing proposed orders.

- 2 -                                      06cv2395

3.    If a Joint Motion for Dismissal and proposed order for dismissal are received on or before February 28, 2008, the Settlement Disposition Conference shall be VACATED without further court order.

**IT IS SO ORDERED**.

DATED: January 16, 2008

_____
**CATHY ANN BENCIVENGO**
United States Magistrate Judge