# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN ECONOMY INSURANCE COMPANY, an Indiana corporation,<br><br>　　　　　　　　　　　　Plaintiff,<br>　　vs.<br>NICEFORO HERRERA, individually and doing business as ACAPULCO'S PRODUCE MARKET; NICHOLAS M. FINTZELBERG doing business as MILNIK TRUST PROPERTIES; LUIS BENITEZ; and JOHANNA BENITEZ by and through her guardian at litem, Luis Benitez,<br><br>　　　　　　　　　　　　Defendants. | CASE NO. 06cv2395 WQH (CAB)<br><br>**ORDER** |

HAYES, Judge:

　　The Joint Motion to Dismiss with Prejudice the Complaint against Defendant Nicholas Fintzelberg, doing business as Milnik Trust Properties (Doc. # 64) is **GRANTED.** All claims against Defendant Nicholas Fintzelberg, doing business as Milnik Trust Properties, are **DISMISSED with prejudice.** Each party shall bear their own fees and costs.

DATED: January 23, 2008

　　　　　　　　　　　　　　　　　　　　　　　　　_William Q. Hayes_
　　　　　　　　　　　　　　　　　　　　　　　　**WILLIAM Q. HAYES**
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge